## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERCE ASSOCIATES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ST. PAUL MERCURY INSURANCE CO.,**<br><br>Defendant. | Civil Action No.  04-1906 (JDB) |

### ORDER

Upon consideration of the parties' cross-motions for partial summary judgment and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this <u>13th</u> day of <u>March</u>, 2006, hereby

**ORDERED** that [22] the motion for partial summary judgment by defendant St. Paul Mercury Insurance Co. ("St. Paul") is **DENIED**; it is further

**ORDERED** that [24] the motion for partial summary judgment by plaintiff Pierce Associates, Inc. ("Pierce"), is **GRANTED**; it is further

**ORDERED** that judgment is entered in favor of Pierce on the issue of St. Paul's liability to Pierce for breach of contract; and it is further

**ORDERED** that the parties shall appear for a status conference with the Court at 9:00 a.m. on April 18, 2006.

<div style="text-align: right;">

/s/ John D. Bates
JOHN D. BATES
United States District Judge

</div>

Copies to:

Barry Jay Fleishman
Kristi Singleton
DICKSTEIN, SHAPIRO, MORIN & OSHINSKY, L.L.P.
2101 L Street, NW
Washington, DC 20037-1526
Email: singletonk@dsmo.com

*Counsel for plaintiff Pierce Associates, Inc.*

Walter Joseph Andrews
Ruth S. Kochenderfer
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
Email: wandrews@hunton.com

*Counsel for defendant St. Paul Mercury Insurance Co.*